**H. B. GOLDSMITH, next friend of Byron Lance Goldsmith, a minor, et al., Plaintiffs-Appellees,**

v.

**QUITMAN INDEPENDENT SCHOOL DISTRICT et al., Defendants-Appellants.**

No. 72-1255

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 12, 1972.

Welby K. Parish, Gilmer, Tex., for defendants-appellants.

Ken T. Miller, Jr., Tyler, Tex., for plaintiffs-appellees.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

PER CURIAM:

This appeal involves the "Boy's Dress and Hair Code" of the Quitman Independent School District. The District Court enjoined the enforcement of the Regulation.

The judgment of the District Court is vacated and the cause is remanded for further proceedings not inconsistent with Karr v. Schmidt, 5 Cir., 1972, 460 F.2d 609 (En Banc).

Vacated and remanded with direction.